1  BESS M. BREWER, #100364
   1023 H Street, Suite B5
2  Sacramento, CA 95814
   Telephone: (916) 448-8600
3  Facsimile: (916) 448-8605

4  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCELLA VASQUEZ**<br>**SSN: xxx-xx-5388**<br><br>        **Plaintiff,**<br><br>v.<br><br>**JO ANNE B. BARNHART**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>        **Defendant.** | Case No.  CIV-S-06-710 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment is hereby extended from its current due date of September 19, 2006 until October 20, 2006.  This is Plaintiff's first requested extension and is necessary due to a counsel's heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: September 15, 2006          /s/Bess M. Brewer
                                      BESS M. BREWER
3                                     Attorney at Law

4                                     Attorney for Plaintiff

5
   Dated:   September 15, 2006        McGregor W. Scott
6                                     United States Attorney

7                                     By: /s/Bobbie J. Montoya
                                      BOBBIE J. MONTOYA
8                                     Assistant U.S. Attorney

9                                     Attorney for Defendant

10

11                                    **ORDER**

12
   APPROVED AND SO ORDERED.
13
   DATED: 9/19/06                     /s/ Gregory G. Hollows
14
                                      _____
                                      GREGORY G. HOLLOWS
15                                    U.S. MAGISTRATE JUDGE

16  vasquez.ord

17

18

19

20

21

22

23

24

25

26

27

28