```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARCELLA VASQUEZ, | ) Case No. 2:06-cv-00710-GGH |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is November 27, 2006. The new due date will be December 27, 2006.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time                    Page 1

```
        /s/ Bess M. Brewer
             (As authorized on November 21, 2006)
        BESS M. BREWER
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        BOBBIE J. MONTOYA
        Assistant U.S. Attorney


By:     /s/ Dennis J. Hanna
             (As signed on November 21, 2006)
        DENNIS J. HANNA
        Special Assistant U.S. Attorney

        Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

## ORDER

APPROVED AND SO ORDERED.

DATED: 12/1/06

                              /s/ Gregory G. Hollows
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

vasquez.eot