```
McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
DENNIS J. HANNA
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone:  (916) 977-8943
Fax:  (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA VASQUEZ,<br><br>       Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CASE NO. **2:06-CV-00710-GGH**<br><br>STIPULATION AND ORDER REMANDING THE CASE TO THE COMMISSIONER OF SOCIAL SECURITY AND DIRECTING THE CLERK TO ENTER JUDGMENT |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing and decision.

   Upon remand, the Office of Disability Adjudication and Review will remand this case to a different Administrative Law Judge (ALJ) to reevaluate the third-party statements and

1  Plaintiff's subjective complaints in accordance with the
2  regulations and SSR 96-7p.  The ALJ will also reevaluate
3  Plaintiff's mental impairment.  The ALJ will also develop the
4  record as to Plaintiff's past work to determine if it constitutes
5  past relevant work and, if so, make findings as to the physical
6  and mental demands of the work and determine if Plaintiff can
7  perform the work.  If it is found that Plaintiff does not have
8  past relevant work or is unable to perform her past relevant
9  work, the ALJ will proceed to the fifth step of the sequential
10 evaluation.  Supplemental evidence from a vocational expert
11 should be obtained.
12        It is further stipulated that the administrative decision
13 giving rise to this action is hereby vacated and that the Clerk
14 of this Court shall be directed to enter a separate judgment
15 herein, as provided for under Rules 58 and 79(a) of the Federal
16 Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509
17 U.S. 292, 113 S. Ct. 2625 (1993).
18 / / /
19 / / /
20 / / /

VASQUEZ v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-00710-GGH                               2

```
DATE: December 11, 2006          /s/ Bess M. Brewer (as
                                 authorized on December 11, 2006)
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


DATE: December 11, 2006          McGREGOR W. SCOTT
                                 United States Attorney
                                 BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney


                            By:  /s/ Bobbie J. Montoya for
                                 DENNIS J. HANNA
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant
```

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

VASQUEZ v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-00710-GGH           3

ORDER

This matter is remanded pursuant to the stipulation of the parties.  The Clerk is directed to enter Judgment.

SO ORDERED.

DATED: 12/13/06                    /s/ Gregory G. Hollows
                                   _____
                                   GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

vasquez.rem

VASQUEZ v. Barnhart
Stip & Order of Remand (Sentence 4)
2:06-cv-00710-GGH                          4